IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STANLEY ALFORD | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| ALBERTO RODRIGUEZ and ALBERTO | § | |
| RODRIGUEZ TRANSPORTATION, LLC | § | JURY TRIAL REQUESTED |

## DEFENDANT ALBERTO RODRIGUEZ'S
## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, **ALBERTO RODRIGUEZ**, files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446, showing the following basis for removal.

### INTRODUCTION

1. Plaintiff, **STANLEY ALFORD**, filed Plaintiff's Original Petition against Defendant on October 19, 2017, under Cause No. CV-0079834, pending in the County Court at Law No. 2, Galveston County, Texas. Citations upon the Defendant **ALBERTO RODRIGUEZ** was issued on December 22, 2017.

2. Defendant **ALBERTO RODRIGUEZ** was served with Plaintiff's Original Petition at 1365 Summit Pine Blvd. #611, West Palm Beach, Florida 33415 on January 15, 2018.

3. This original Notice of Removal is filed within thirty days of service upon Defendant **ALBERTO RODRIGUEZ**, the statutory period for removal as required under 28 U.S.C. §1446(b).

### JURISDICTION

4. This court has removal jurisdiction over this lawsuit pursuant to 28 U.S.C. §§1441 and 1446, and based upon diversity of citizenship under 28 U.S.C. §1332. Plaintiff,

**STANLEY ALFORD,** is domiciled in Texas and is a citizen of that state. Defendant **ALBERTO RODRIGUEZ** is domiciled in Florida and is a citizen of that state. Thus, there is diversity of citizenship between Plaintiff and Defendant.

5.      Consistent with TEX. R. CIV. P. 47, Plaintiff seeks monetary relief in excess of $1,000,000 in his Original Petition. Plaintiff seeks to recover damages for bodily injuries, including past and future physical pain and suffering, past and future loss of earning capacity, past and future medical expenses, past and future physical impairment, past and future physical disfigurement, past and future mental anguish, and exemplary damages. Therefore, based on information and belief of Defendant herein, Plaintiff is seeking damages in excess of this court's jurisdictional minimum of $75,000.00, excluding interest and costs.

6.      All pleadings, process, orders, and other filings in the state court action in the possession of Defendant are attached to this notice as required by 28 U.S.C. §1446(a).

7.      Venue is proper in this district under 28 U.S.C. 1391(b)(2) because the sole basis for Plaintiff's suit and claim for damages arose from a motor vehicle accident which happened on or about June 16, 2017 in Harris County, Texas according to the Texas Peace Officer's Crash Report for the subject accident.

8.      Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

### JURY DEMAND

9.      Defendant **ALBERTO RODRIGUEZ** hereby makes a demand for a jury trial.

### CONCLUSION

For these reasons, **ALBERTO RODRIGUEZ** therefore gives notice of his removal of this lawsuit to this Court, and an automatic stay of further proceedings in state district court.

Respectfully submitted,

**SPRAGUE & DIAMOND, P.C.**

*/s/ Michael T. Sprague*_____
MICHAEL T. SPRAGUE
Federal ID No. 8533
State Bar No. 1896100
11111 Katy Freeway, Suite 300
Houston, Texas 77079
Telephone    (713) 647-3130
Facsimile    (888) 941-6832
Email        mspraguelaw@gmail.com
**ATTORNEY FOR DEFENDANT**
**ALBERTO RODRIGUEZ**

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the provisions of Rule 21 on February 14, 2018.

*Via E-Service – service@pstriallaw.com*
M. Paul Skrabanek
Betty Feng
Pierce Skrabanek, PLLC
3701 Kirby Drive, Suite 760
Houston, Texas 77098
*Attorneys for Plaintiff*

*/s/ Michael T. Sprague*_____
MICHAEL T. SPRAGUE